IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELMO AUGUSTUS REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 7:16-cv-00547 |
| ) | |
| MARK AMONETTE, ) | |
| BERNARD W. BOOKER, and ) | |
| PAMELA SHIPP, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL OF RECORD**

COME NOW Defendants Mark Amonette, Bernard W. Booker, and Pamela Shipp (hereinafter "Defendants"), by counsel, and move this court to substitute Edward J. McNelis, III, Elizabeth M. Muldowney, and the law firm of Rawls McNelis, PC, as counsel of record for Defendants and permit Jessica Berdichevsky and the Office of Attorney General to withdraw as counsel of record. A memorandum in support accompanies this motion with a proposed order attached as Exhibit 1.

Respectfully submitted,

MARK AMONETTE
BERNARD W. BOOKER
PAMELA SHIPP

_____/s/_____
Edward J. McNelis, III (VSB #34003)
Elizabeth M. Muldowney (VSB #46387)
RAWLSMCNELIS, PC
*Attorneys for Defendants Amonette, Booker, and Shipp*
211 Rocketts Way, Suite 100
Richmond, Virginia 23231
804-344-0038
804-782-0133 (Fax)
emcnelis@rawlsmcnelis.com
Emuldowney@rawlsmcnelis.com

## CERTIFICATE OF SERVICE

I certified that on the 13th day of June, 2017, I electronically filed the foregoing document using the ECF filing system which provided notification of the filing to the following ECF users:

**George Alfred Rutherglen**
University Of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
804-924-7015
Fax: 434-924-7536
Email: gar3h@virginia.edu

**John Palmer Fishwick, Jr.**
**Monica Lynn Mroz**
Fishwick & Associates, PLC
101 S. Jefferson Street, Suite 500
Roanoke, VA 24011
540-345-5890
Fax: 540-345-5789
Email: john.fishwick@fishwickandassociates.com
Email: monica.mroz@fishwickandassociates.com

**Jessica J. Berdichevsky**
Office of the Attorney General - Richmond
202 North Ninth Street
Richmond, VA 23219
804-371-4482
Fax: 804-786-4239
Email: jberdichevsky@oag.state.va.us

                                                                         /s/
Edward J. McNelis, III (VSB #34003)
Elizabeth M. Muldowney (VSB #46387)
RAWLSMCNELIS, PC
*Attorneys for Defendants Amonette, Booker, and Shipp*
211 Rocketts Way, Suite 100
Richmond, Virginia 23231
804-344-0038
804-782-0133 (Fax)
emcnelis@rawlsmcnelis.com
emuldowney@rawlsmcnelis.com

3