# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ELMO AUGUSTUS REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 7:16-cv-00547 |
| ) | |
| MARK AMONETTE, ) | |
| BERNARD W. BOOKER, and ) | |
| PAMELA SHIPP, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL OF RECORD

COME NOW Defendants Mark Amonette, Bernard W. Booker, and Pamela Shipp, by counsel, and submit the following Memorandum in Support of their Motion to Substitute Counsel of Record.

Jessica Berdichevsky and the Office of Attorney General initially was assigned to represent the interests of Defendants Amonette, Booker and Shipp in this litigation. Due to unforeseen medical reasons, Ms. Berdichevsky is not able to continue the representation of these individuals in the litigation and has requested outside counsel continue in defending the case on behalf of these defendants. Accordingly, the Defendants request the court substitute Edward J. McNelis, III, and Elizabeth M. Muldowney of the law firm RawlsMcNelis as attorneys of record for Defendants:

In addition, the Defendants request that the court permit Jessica Berdichevsky and the Office of Attorney General to withdraw as counsel of record for Defendants. The Defendants consent to this Motion and asks that it be granted.

FOR THE FOREGOING REASONS, Defendants Mark Amonette, Bernard W. Booker, and Pamela Shipp respectfully request that this Court grant the Motion to Substitute Counsel of Record and substitute Edward J. McNelis, III, Elizabeth M. Muldowney, and the law firm of RawlsMcNelis, PC, as counsel of record in this matter. Further, the Defendants request the Court permit Jessica Berdichevsky to withdraw as counsel of record. A proposed order is attached as Exhibit 1.

Respectfully submitted,
MARK AMONETTE
BERNARD W. BOOKER
PAMELA SHIPP

_____/s/_____
Edward J. McNelis, III (VSB #34003)
Elizabeth M. Muldowney (VSB #46387)
RAWLSMCNELIS, PC
*Attorneys for Defendants Amonette, Booker, and Shipp*
211 Rocketts Way, Suite 100
Richmond, Virginia 23231
804-344-0038
804-782-0133 (Fax)
emcnelis@rawlsmcnelis.com
Emuldowney@rawlsmcnelis.com

# CERTIFICATE OF SERVICE

I certified that on the 13th day of June, 2017, I electronically filed the foregoing document using the ECF filing system which provided notification of the filing to the following ECF users:

**George Alfred Rutherglen**
University Of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
804-924-7015
Fax: 434-924-7536
Email: gar3h@virginia.edu

**John Palmer Fishwick, Jr.**
**Monica Lynn Mroz**
Fishwick & Associates, PLC
101 S. Jefferson Street, Suite 500
Roanoke, VA 24011
540-345-5890
Fax: 540-345-5789
Email: john.fishwick@fishwickandassociates.com
Email: monica.mroz@fishwickandassociates.com

**Jessica J. Berdichevsky**
Office of the Attorney General - Richmond
202 North Ninth Street
Richmond, VA 23219
804-371-4482
Fax: 804-786-4239
Email: jberdichevsky@oag.state.va.us

/s/
Edward J. McNelis, III (VSB #34003)
Elizabeth M. Muldowney (VSB #46387)
RAWLSMCNELIS, PC
*Attorneys for Defendants Amonette, Booker, and Shipp*
211 Rocketts Way, Suite 100
Richmond, Virginia 23231
804-344-0038
804-782-0133 (Fax)
emcnelis@rawlsmcnelis.com
Emuldowney@rawlsmcnelis.com