IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ELMO AUGUSTUS REID,

    Plaintiff,

v.                                                 Civil Action No. 7:16cv547

MARK AMONETTE, *et al.*,

    Defendants.

## MOTION TO QUASH

The Virginia Department of Corrections ("VDOC"), by counsel, and pursuant to Rule 45 of the *Federal Rules of Civil Procedure*, respectfully moves this Court for an order quashing the Rule 45 subpoena served upon VDOC, which is not a party to this litigation. The reasons for this request are set forth in the memorandum accompanying this motion.

                                          Respectfully submitted,

                                          VIRGINIA DEPARTMENT OF CORRECTIONS

                  By:          s/Laura Maughan
                            Laura Maughan, VSB #87798
                            Assistant Attorney General
                            Office of the Attorney General
                            Criminal Justice & Public Safety Division
                            202 North Ninth Street
                            Richmond, Virginia 23219
                            Phone: (804) 786-0030
                            Fax: (804) 786-4239
                            Email: lmaughan@oag.state.va.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

George Alfred Rutherglen
University Of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
804-924-7015
Fax: 434-924-7536
Email: gar3h@virginia.edu


John Palmer Fishwick , Jr.
Fishwick & Associates, PLC
101 S. Jefferson Street, Suite 500
Roanoke, VA 24011
540-345-5890
Fax: 540-345-5789
Email: john.fishwick@fishwickandassociates.com


Monica Lynn Mroz
Fishwick & Associates, PLC
101 S. Jefferson Street, Suite 500
Roanoke, VA 24011
540-345-5890
Fax: 540-345-5789
Email: monica.mroz@fishwickandassociates.com

*Attorneys for Plaintiff*


                                                          s/Laura Maughan
                                        Laura Maughan, VSB #87798
                                        Assistant Attorney General