Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ELMO AUGUSTUS REID,

       Plaintiff,

vs.　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　7:16-cv-00547

MARK AMONETTE, et al.,

       Defendants.

DEPOSITION OF VIRGINIA DEPARTMENT OF CORRECTIONS

CORPORATE DESIGNEE

STEPHEN M. HERRICK, PH.D., MSHA

August 3, 2017

11:27 a.m. - 1:47 p.m.

Richmond, Virginia

Job No. 34164

REPORTED BY:　LORI A. BOEDING, CCR

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com

Page 47

1  anybody else in the Health Administration who has any
2  responsibility to assist you in projecting the cost of
3  Hepatitis C medications?
4      A    Dr. Fuller is usually the one that projects
5  the costs.
6      Q    So it's Dr. Fuller?
7      A    Yes, the pharmacist.  Dr. Amonette does not
8  get that involved in budgeting for the meds.
9      Q    Earlier when you testified, you said there
10 were no constraints on HCV treatment.
11          What did you mean by that?
12     A    I meant that no one has given me --
13          MR. MCNELIS:  Objection to the form of the
14     question.
15          You may answer it.
16          THE WITNESS:  I thought that's where you
17     were going with the budget issue.  I wanted to
18     make it clear that no one has itemized the budget
19     to say you've got a fixed amount of money to
20     spend on Hepatitis C.
21 BY MS. MROZ:
22     Q    No one has said that?
23     A    No one has said that.
24          That's different than no constraints.  Let
25 me be clear.

(fax) (434) 975-5400   Cavalier Reporting & Videography   (direct) (434) 293-3300
production@cavalier-reporting.com                         www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-4   Filed 05/24/18   Page 2 of 3   Pageid#: 437

7:16-cv-00547  Elmo Augustus Reid v. Mark Amonette, et al
Deposition of: Stephen Michael Herrick, Ph.D. MSHA (Virginia Department of Corrections Corporate Designee)  August 3, 2017

Page 83

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2     I, Lori A. Boeding, CCR, Notary Public in
3  and for the Commonwealth of Virginia at Large, and
4  whose commission expires August 31, 2020, do
5  certify that the aforementioned appeared before me,
6  was sworn by me, and was thereupon examined by
7  counsel; and that the foregoing is a true, correct,
8  and full transcript of the testimony adduced.

9     I further certify that I am neither related to
10 nor associated with any counsel or party to this
11 proceeding, nor otherwise interested in the event
12 thereof.

13    Given under my hand and notarial seal at
14 Richmond, Virginia, this 22nd day of August 2017.

19           Lori A. Boeding, CCR
20       Notary Public Registration No. 239861
21          Commonwealth of Virginia at Large

24 Job No. 34164

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB  Document 77-4  Filed 05/24/18  Page 3 of 3  Pageid#: 438