Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ELMO AUGUSTUS REID,

       Plaintiff,

vs.         Civil Action No.
       7:16-cv-00547

MARK AMONETTE, et al.,

       Defendants.

DEPOSITION OF MARK S. AMONETTE, M.D.

May 1, 2018

9:28 a.m. - 4:47 p.m.

Richmond, Virginia

Job No. 36609

REPORTED BY:  LORI A. BOEDING, CCR

(fax) (434) 975-5400  Cavalier Reporting & Videography  (direct) (434) 293-3300
production@cavalier-reporting.com  www.cavalier-reporting.com

```
 1   antiviral medications?
 2        A     Well, I think the best answer is we have a
 3   Memorandum of Agreement with them, so, I mean, the
 4   process has sort of been worked out.  I mean, there's
 5   no approval process for each individual patient.
 6        Q     How do you know how much money the
 7   Department of Corrections can spend a year on
 8   Hepatitis C medications?
 9        A     There's no budget.  There's no ceiling.
10        Q     Do you know how many inmates have been
11   treated at VCU since the DAA therapy treatment
12   started?
13              You did your homework.
14        A     Well, I know I had this sheet, and I
15   thought I would probably be asked.
16              So far -- and I got these figures a couple
17   of weeks ago -- 362 had completed treatment.  Another
18   36 are currently on treatment.  That, of course, may
19   have changed.  There's 105, I guess, pending
20   appointments.
21        Q     So 362 inmates have completed treatment
22   since 2015?
23        A     Yes.  Since middle of 2015.
24        Q     And do you know what the cure rate for
25   those 362 is?
```

(fax) (434) 975-5400    Cavalier Reporting & Videography    (direct) (434) 293-3300
production@cavalier-reporting.com                           www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-6   Filed 05/24/18   Page 2 of 6   Pageid#: 444

1     apologize.
2               MR. FISHWICK: 5/22/2015 at 1:16 p.m.
3               MS. MULDOWNEY: On 68?
4               MR. FISHWICK: Yeah.
5               MS. MULDOWNEY: Oh, right here. I'm sorry.
6     Pardon me. Thank you.
7               THE WITNESS: So what's your question?
8     BY MR. FISHWICK:
9          Q    Why were you asking about the cost of the
10    FibroScan?
11         A    Well, just to know. Just for my knowledge.
12         Q    But I thought cost didn't matter? Why were
13    you asking about it?
14              MS. MULDOWNEY: Object to the form.
15              THE WITNESS: Well, I mean, even though we
16         didn't have a ceiling, even though cost wasn't a
17         factor in deciding treatment or numbers, I just
18         wanted to know. I mean, it was not for any
19         reason other than my knowledge.
20    BY MR. FISHWICK:
21         Q    Has somebody told you there's no cost
22    ceiling at DOC?
23              MS. MULDOWNEY: Object to the form.
24              You may answer.
25              THE WITNESS: I don't know that anybody's

(fax) (434) 975-5400          Cavalier Reporting & Videography          (direct) (434) 293-3300
production@cavalier-reporting.com                                      www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-6   Filed 05/24/18   Page 3 of 6   Pageid#: 445

```
 1   BY MR. FISHWICK:
 2        Q    All right.  So you have a study that -- Why
 3   not treat them now if money is not an option?
 4             MS. MULDOWNEY:  Object to form.
 5             THE WITNESS:  Right now we are still
 6        treating people with more advanced disease with a
 7        waiting list.
 8   BY MR. FISHWICK:
 9        Q    So is the holdup because VCU can't -- Is
10   the hold up money, or is the holdup VCU can't take but
11   so many patients at a time?
12             MS. MULDOWNEY:  Objection to the form.
13             MS. HAYNES:  Objection to the form.
14             THE WITNESS:  The holdup is not money.
15        There's never been a ceiling on the budget.
16   BY MR. FISHWICK:
17        Q    So why don't you treat the F2s today?
18        A    I would say the holdup would be room in the
19   clinic.
20        Q    So F2s, you think, should be treated?
21        A    I think it would be reasonable to move to
22   F2s once we do not have a waiting list for F3s and F4s
23   to be treated.
24        Q    Well, then why not just -- why not have the
25   clinic go, instead of three half days, go every day
```

(fax) (434) 975-5400         Cavalier Reporting & Videography    (direct) (434) 293-3300
production@cavalier-reporting.com                                www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-6   Filed 05/24/18   Page 4 of 6   Pageid#: 446

1     A     Right.  There were 105 on that list that
2     were pending treatment.
3     Q     Right.  And is that -- In other words, is
4     the reason you haven't completed the F3s and you
5     haven't completed the F4s and you haven't gotten to
6     the F2s is because -- is that money driven or is that
7     because the telemedicine clinic is just not getting to
8     the people?
9     A     Well, again, it's not money driven.  So it
10    would be -- I would have to say it's due to the space
11    in the clinic.
12    Q     All right.  But the only -- The budget
13    request, when you made the budget request to the
14    general assembly that you now told us that you did
15    help with, that was knowing that you were going to try
16    to get the VCU clinic?
17         MS. MULDOWNEY:  Object to the form.
18         MS. HAYNES:  Join the objection.
19         THE WITNESS:  I don't -- I don't know how
20    to connect those two.  I mean, I don't really
21    know the ins and outs of going to the state
22    legislature and presenting budget information.  I
23    guess, by 2014, we knew we were working with VCU
24    to come up with an agreement.  I don't remember
25    what time of year that presentation was made to

(fax) (434) 975-5400        Cavalier Reporting & Videography        (direct) (434) 293-3300
production@cavalier-reporting.com                                    www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-6   Filed 05/24/18   Page 5 of 6   Pageid#: 447

COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

I, Lori A. Boeding, CCR, Notary Public in and for the Commonwealth of Virginia at Large, and whose commission expires August 31, 2020, do certify that the aforementioned appeared before me, was sworn by me, and was thereupon examined by counsel; and that the foregoing is a true, correct, and full transcript of the testimony adduced.

I further certify that I am neither related to nor associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand and notarial seal at Richmond, Virginia, this 17th day of May 2018.

---

Lori A. Boeding, CCR
Notary Public Registration No. 239861
Commonwealth of Virginia at Large

Job No. 36609

(fax) (434) 975-5400   Cavalier Reporting & Videography   (direct) (434) 293-3300
production@cavalier-reporting.com   www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 77-6   Filed 05/24/18   Page 6 of 6   Pageid#: 448