IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELMO AUGUSTUS REID,<br>                      *Plaintiff,*<br><br>v.<br><br>HAROLD CLARKE *ET AL.*,<br>                      *Defendants.* | CIVIL ACTION NO. 7:16-cv-00547<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, the motion to dismiss by Defendant Schilling is **GRANTED**. The claims against Schilling are dismissed without prejudice for mootness. The motions by Defendants Sterling and Scott are **GRANTED**, and they are dismissed from this case with prejudice.

The Clerk of the Court is directed to send a certified copy of the Order to all counsel of record.

Entered this   31st   day of  May, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE