Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELMO AUGUSTUS REID,               )

        Plaintiff,        )

                          )

-vs-                              )     Case No. 7:16-cv-00547

                          )

MARK AMONETTE, et al.,            )

        Defendants.       )

                          )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF ELMO AUGUSTUS REID, JR.

1:29 p.m. to 3:26 p.m.

April 24, 2018

Dillwyn, Virginia

Job No. 36493

REPORTED BY:  Julia A. Bammel, RPR, CSR

(fax) (434) 975-5400     Cavalier Reporting & Videography     (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com

Page 6

1    witness -- by the court reporter.  Do you understand that

2    that oath carries the same weight as if you were

3    testifying at trial or before a judge today?

4          A    Yes, ma'am.

5          Q    Okay.  Can you please state your full name for

6    the record.

7          A    Elmo Augustus Reid, Jr.

8          Q    And you are currently incarcerated at

9    Buckingham Correctional Center, correct?

10         A    Correct.

11         Q    And how long have you actually been housed at

12   this facility?

13         A    29 and three-quarters of a year.

14         Q    Okay.

15         A    Pretty close to that.

16         Q    And prior to that, where were you

17   incarcerated?

18         A    For this particular offense?

19         Q    For this particular offense, yes.

20         A    I was in Lynchburg City Jail.

21         Q    Lynchburg.

22              And with regard to the offense that is why

23   you're incarcerated, can you give me some background on

24   that?  What was the charge?

25         A    I was charged with rape and robbery, breaking

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 2 of 40   Pageid#: 970

Elmo Augustus Reid v. Mark Amonette, et al
Deposition of: Elmo Augustus Reid, Jr.

7:16-cv-00547                                                    April 24, 2018

Page 8

1   history?  When you -- you said you were previously

2   incarcerated.  Can you give me those instances when you

3   were incarcerated?

4        A     I got -- my first incarceration was 1970 -- I

5   think it was '75, I think, and I got my GED in 1977.

6        Q     And that incarceration, what was the

7   underlying offense?

8        A     Breaking and entering.

9        Q     And what was the -- what was the --

10       A     I had a ten-year sentence for that.

11       Q     Thank you.

12             And you had your GED.  And where was -- you

13   got your GED, and where were you incarcerated?

14       A     Repeat the question.

15       Q     I'm sorry.  Where were you incarcerated when

16   you got your GED?

17       A     Harrisonburg Correctional Center.

18       Q     And prior to the 1975 incarceration, had you

19   been incarcerated prior to that?

20       A     Yes.  I had been -- reform school, I went

21   there.

22       Q     Okay.  And what year was that, or how old were

23   you, I guess?

24       A     Let me see.  That was a while back.  I think

25   that was in '70 maybe.  I can't remember exactly.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 3 of 40   Pageid#: 971

1    condition currently?

2         A    I have hepatitis C.  I'm suffering from it

3    both physically and mentally.

4         Q    Do you have any other chronic conditions?

5         A    I have joint pains throughout my body.  I

6    have -- I experience exhaustion.  I mean, I'm tired all

7    the time.  I'm exhausted a lot, and it hits me in waves,

8    so I have to go lay down a lot.

9         Q    Do you have any other diagnoses other than

10   hep --

11              MR. FISHWICK:  If he could just finish his

12   answer.

13              MS. MULDOWNEY:  I'm sorry.

14              MR. FISHWICK:  I don't know if he's finished.

15              MS. MULDOWNEY:  Pardon me.

16              MR. FISHWICK:  I don't know if you finished.

17   BY MS. MULDOWNEY:

18        Q    I don't mean to cut you off.

19        A    I have pains in my lower stomach areas.  I

20   have passed out a few times.  I woke up in medical.  And

21   I get dizzy a lot.

22        Q    Okay.  And so do you have any other diagnoses

23   other than hepatitis C, other medical conditions that

24   have been diagnosed?

25        A    No.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 4 of 40   Pageid#: 972

Page 11

1      Q      Have you been diagnosed with being hepatitis B

2  positive?

3      A      Yes, I have been diagnosed.  That was before I

4  came to prison.

5      Q      Okay.  And when -- strike that.

6             With respect to your hepatitis, you said you

7  had the hepatitis B diagnosis before you came to prison.

8  When were you first told that you suffered from

9  hepatitis C?

10      A      I had it, and I didn't know I had it, so I was

11  first told in 1987 at Petersburg Mental Health Forensic

12  Ward.  That's where I was at.  That's when I was

13  officially told what it was.

14      Q      And did you -- at that point, were you

15  symptomatic in 1987?  Did you have any symptoms of

16  hepatitis C?

17      A      No.  I mean -- C or B?

18      Q      I'm sorry.  Did you said that you were

19  formally diagnosed in 1987 with hepatitis C?

20      A      No.  I was told I had it.

21      Q      Told that you had it.

22      A      Yes.  But I had it in '72, I think.  '73, '72,

23  I think I had it then, because I experienced medical

24  issues, but I didn't know what it was.

25      Q      So in 1972 you experienced medical issues that

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 5 of 40   Pageid#: 973

7:16-cv-00547

Elmo Augustus Reid v. Mark Amonette, et al
Deposition of: Elmo Augustus Reid, Jr.

April 24, 2018

Page 12

1    you associated with the hepatitis C once you got the

2    diagnosis?

3        A    Well, I never got treated for it.  I just -- I

4    was in -- I was in vocational school, and my eyes turned

5    yellow, I lost all my energy, my urine was orange, and I

6    was bedridden for about three months, but I was too

7    afraid to go to see a doctor or anything, so I didn't

8    know what it was.  And then one day it just went away.

9        Q    And you said that was in 1972 while you were

10   in vocational school?

11       A    Uh-huh.

12       Q    What --

13       A    I was at Woodrow Wilson Rehabilitation Center.

14       Q    And I apologize for not knowing what that is,

15   but what kind of a facility is that?  Is that --

16       A    I voluntarily went there to learn a trade.

17       Q    And what trade did you --

18       A    Welding.

19       Q    Did you subsequently work in that trade as a

20   welder?

21       A    Uh-huh.  Yes.  Yes.

22       Q    And -- strike that.  I'm sorry.

23            You were a welder in 1972.  Is that how --

24   when you were working in between your incarceration --

25   times of incarceration, were you also working as a

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 6 of 40   Pageid#: 974

Page 15

1    point did you request additional treatment from the DOC?

2         A       The same day.  When they took me off that, I

3    asked for -- to be -- Dr. Martinez told me that -- I

4    asked him, could I be -- get that same treatment again,

5    and he said he could not give me that treatment again.

6         Q       When you say "that treatment," you mean the

7    interferon?

8         A       Interferon and ribavirin, because I wanted to

9    be treated.  And he said I had to wait for the new drug

10   to come out, which was coming, and he told me to start

11   communicating with himself and Dr. Amonette.

12        Q       And what do you mean?  You said he told you to

13   start communicating with him and --

14        A       Stay in touch with him and write Dr. Amonette,

15   which was in Richmond, and request the treatment from

16   him.

17        Q       And what -- you said a drug.  What drugs were

18   you talking about?

19        A       The new hepatitis C medication.

20        Q       And at that time -- I'm sorry.  Just to back

21   up, I think you said you asked Dr. Martinez immediately

22   if you could start additional treatment, and he told you

23   exactly what?  Just to keep checking in with him?

24        A       Right.

25        Q       And why was that?

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 7 of 40   Pageid#: 975

1        A        Because I had asked him for -- to continue

2    treatment.  He said he couldn't give me that same drug

3    again and for me to stay in touch because there was a new

4    drug coming out that would cure me.

5        Q        So he just -- he explained to you there were

6    new drugs coming on the market and to keep in touch with

7    him --

8        A        Uh-huh.

9        Q        -- for treatment in the future?

10       A        (Nodding head.)

11       Q        Yes?

12       A        Yes.

13       Q        I'm sorry.

14       A        Yes.

15       Q        I should have explained just to verbalize your

16   answers so that she can take it down.

17       A        Yes.

18       Q        Okay.  And that was in 2014.  At that time, do

19   you know what the status of the hepatitis C -- whether

20   the DOC was treating people with hepatitis C in 2014, or

21   had they suspended treatment?

22       A        They wrote me back saying my -- both my --

23   Dr. Martinez and Dr. Amonette told me the treatment has

24   been suspended.  My treatment was suspended.

25       Q        Your treatment was suspended?

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 8 of 40   Pageid#: 976

1      A      Uh-huh.

2      Q      And based on the new drugs coming on the

3   market?

4      A      Right.  They said when the new drugs -- based

5   on the new drugs coming onto the market.

6      Q      Okay.  And so when did you finally -- or let

7   me back up.  When -- do you know when that suspension of

8   the treatment was lifted in the DOC?

9      A      Yes.

10      Q      When was that?

11      A      I wrote them several different letters, and

12   then in March of 2015, he told me that the treatment --

13   the drug had been made available, and I should sign back

14   up for sick call and ask for the drug, and I did so.

15      Q      And who was that that wrote you back?  Was

16   that Dr. Martinez --

17      A      Dr. --

18      Q      -- or Amonette?

19      A      Dr. Amonette.

20             (Deposition Exhibit 103 marked.)

21   BY MS. MULDOWNEY:

22      Q      I'll give you a second to take a look at that.

23      A      Uh-huh.  This is the first letter, yes.

24      Q      So what I've put in front of you is

25   Exhibit 102 --

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 9 of 40   Pageid#: 977

1                THE COURT REPORTER:  103.

2                MS. MULDOWNEY:  I'm sorry.

3     BY MS. MULDOWNEY:

4         Q       -- 103, and on the bottom it's got a Bates

5     number of Reid000098.  And is this the letter you are

6     referencing from Dr. Amonette where he advised you that

7     they had lifted the suspension of the hepatitis C

8     treatment?

9         A       Yes.

10        Q       And in this letter, he advises you to submit a

11    sick call and ask to be evaluated for retreatment,

12    correct?

13        A       Yes.

14        Q       And did you, in fact, do that?

15        A       Yes.

16        Q       And if you can just look at page 2 and give

17    that a read.

18        A       Uh-huh.

19        Q       This is a letter to you from Melissa Welch,

20    Correspondence Unit Manager at the DOC; is that correct?

21        A       Yes.

22        Q       And the Bates number is Reid000098.  Did

23    you -- was the same letter that you sent to Dr. Amonette

24    responded to by Ms. Welch, or did you send her a separate

25    letter?

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 10 of 40   Pageid#: 978

Page 19

1      A      Oh, I never wrote her directly.  I wrote

2  Dr. Amonette another letter, and this person answered.

3      Q      Okay.  And what did that letter consist of?

4  What did it say?

5      A      I had signed up for sick call, and they

6  wasn't -- they was telling me here they're not going to

7  treat me, so I was complaining to him about it.

8      Q      Okay.  And who was telling you they weren't

9  going to treat you?

10      A      Ms. Shipp.  Or her last -- back then her name

11  was Sargent.

12      Q      Did you receive a separate response from

13  Dr. Amonette to that letter, or did it just come from

14  Ms. Welch?

15      A      One of these letters came.

16      Q      Okay.  So you didn't receive a second letter

17  from Dr. Amonette?  This was the response you got to that

18  letter?

19      A      I think so, yes.

20      Q      Okay.  Now, when you submitted a sick call to

21  be seen, were you seen by the physician, or did you --

22  were you only seen by a nurse?

23      A      You go see the nurse first.  They take your

24  temperature and blood pressure, then they schedule you

25  for an appointment with the doctor.  A week or two later

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                            www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 11 of 40   Pageid#: 979

Page 20

1    you come see the doctor.  So I did.  I came to see the

2    doctor.

3        Q     So you saw -- was that Dr. Moreno?

4        A     I believe it was Dr. Moreno at that time now.

5        Q     Okay.  And did he do any testing or order any

6    blood work to evaluate you for treatment?

7        A     I also seen Ms. Shipp too, or Ms. Sargent, and

8    both of them together told me, "You're not eligible for

9    treatment.  We're not going to give you treatment."

10       Q     So did he, in fact, do labs or do any other

11   evaluation when he saw you?

12       A     I think -- I think some labs was done.  I

13   believe so.

14       Q     And you said he indicated that they would not

15   be treating you.  Do you know -- did they tell you why?

16       A     They said my APRI score was not high enough.

17       Q     And do you know what the APRI score is?

18       A     At that time, I did not know what they was

19   talking about.

20       Q     Do you know now?

21       A     Not really.

22       Q     Okay.  Fair enough.

23             Do you know what the guideline for treatment

24   is for the DOC or was at that time in March, 2015?

25       A     No.

Page 21

1      Q      Did you ask them to explain to you why you

2    were not eligible for treatment?

3      A      Yes.

4      Q      And what did they say?

5      A      Ms. Shipp kept just saying, "You're not

6    eligible.  Your blood work is not" -- "Your scores are

7    not high enough.  You're not this, and you're not" -- I

8    kept saying, "I'm sick.  What do you mean?"  And so we'd

9    go back and forth over that, and she never -- I never did

10   get any clear answers as to -- because I'm saying, "I'm

11   sick.  What are you talking about?"  And so it was never

12   really fully explained to me that -- about why I couldn't

13   get treatment other than my scores were not high enough.

14     Q      Okay.  Have you seen a copy of the DOC

15   guideline for treatment for hepatitis C?

16     A      I have.  Not at that time, but I have.

17     Q      But you have since then?

18     A      I have since then.

19     Q      I'm sure that doesn't make it any clearer,

20   because that's kind of -- it's still very complicated.

21   Do you know what your APRI score was at the time?

22     A      It was -- it was a couple percentages off from

23   being eligible for treatment.  I think it was up -- it

24   was pretty high, from what they told me, but I had to get

25   a little higher before I was treated, receive treatment.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 13 of 40   Pageid#: 981

1      Q      Can you read what you've written as the nature

2   of your complaint?

3      A      [As read] "I have hepatitis C, coinfection

4   with hepatitis B and cirrhosis of the liver as a result

5   of this infection.  The medical condition deemed an

6   objective serious need for treatment, so I was given

7   anti-viral medication.  Notwithstanding the medication,

8   failed to eliminate the infection.  Subsequently, I was

9   informed further treatment held in abeyance pending new

10  HCV protocol.  On 6/9/15 I was notified new protocol made

11  my condition ineligible for further HCV treatment or

12  receive community standard of care treatment; therefore,

13  I will not receive any HCV treatment.  I still have the

14  infection and cirrhosis spreading and deteriorating my

15  liver, and I'm left to suffer the process of irreversible

16  damage, the psychological and physical symptoms

17  associated with this illness without medical help from

18  the Department of Corrections."

19     Q      And at this time, on 6/22/15 -- I think you've

20  already testified to this, but just to clarify -- you did

21  not -- you didn't know specifically what those

22  requirements were for treatment?

23     A      No, other than -- what do you mean?  Other

24  than I was sick, and I wanted treatment.

25     Q      Right.  But when it says you've been told that

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com
Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 14 of 40   Pageid#: 982

Page 24

1    you don't meet the requirements, you didn't know

2    specifically what the DOC requirements were?

3         A     Oh, no, I did not.

4         Q     In your nature of the complaint, you indicate

5    that you have cirrhosis.

6         A     Yes.

7         Q     Who diagnosed you with cirrhosis?

8         A     Buckingham medical did.

9         Q     When?

10        A     Through some blood work I got back, and it had

11   it right on there, cirrhosis, F4 cirrhosis.  The date,

12   I'm not sure what the date was, but it was in the

13   documents.

14        Q     Would that have been prior to you initiating

15   the interferon --

16        A     Yes.

17        Q     -- treatment?

18        A     It was prior to me receiving interferon.

19        Q     Once you received this back from

20   Ms. Sargent -- and if you would go ahead and just read

21   her response.

22        A     "As per your lab results, you are not approved

23   nor need the new hep C treatment as you do not meet the

24   requirements."

25        Q     Would you have had a separate conversation

1    with Ms. Shipp after you filed this?  Would she have

2    spoken to you about this?

3        A    I think I had a conversation with her

4    before -- well, I did have a conversation with her.  I'm

5    not sure if it was before or after this.

6        Q    What was that conversation?

7        A    "Why can't I get treatment and what are you

8    talking about?"  And she was trying to explain to me

9    something about my scores didn't -- didn't satisfy the

10   treatment -- I mean the approval for the treatment.

11       Q    And this is a separate conversation than the

12   one you said you had with Dr. Moreno and Ms. Shipp?

13       A    Well, we went to her office first, and then we

14   went in with Dr. Moreno, all of us together.  And they

15   were just sitting there trying to tell me something, and

16   I'm saying, "Wait a minute.  I want to be treated.  What

17   are you all talking about?"  And so ...

18       Q    And you're not certain of when that was?

19       A    This was done in -- 6/23/15 -- it may have

20   occurred before this or right after it.  I know it was

21   pretty close to it.

22            (Deposition Exhibit 104 marked.)

23            THE WITNESS:  Yeah.  I was mad now.

24   BY MS. MULDOWNEY:

25       Q    Okay.  What I've put in front of you is

(fax) (434) 975-5400     Cavalier Reporting & Videography     (direct) (434) 293-3300
production@cavalier-reporting.com                          www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 16 of 40   Pageid#: 984

Page 26

1    Exhibit 104, and the Bates number is Reid000003 through

2    0006, and if you want to just take a second to look

3    through all those documents, maybe that will -- we can go

4    a little faster.

5        A      Oh, yeah.  Uh-huh.  I remember this.

6        Q      Okay.  Have you had a second to look at it?

7        A      Uh-huh.

8        Q      Okay.  And the first page is a regular

9    grievance; is that correct?

10       A      Correct.

11       Q      Okay.  And can you read what your -- the

12   nature of your complaint is?

13       A      [As read] "Various medical personnel has

14   engaged in a concert, systematic, purposeful denial of

15   treatment of this hepatitis" -- I mean "HCV-infection

16   offender denying him request for treatment" -- "treating

17   his condition (see attachment), where he now must wait

18   until he develop advanced fibrosis or cirrhosis forcing

19   him to satisfy enumerable and even changing

20   administrative hurdles before treatment.  Consequently,

21   the physician failed and continue to fail to exercise an

22   independent judgment with respect to the diagnosis and

23   treatment from the mathematical equation of the new

24   protocol which encourage I still suffer irreversible

25   liver damage."

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 17 of 40   Pageid#: 985

Page 27

1      Q      Okay.  And when you're talking about the

2  medical personnel engaging in concerted, systemic denial

3  of treatment, who are you talking about?

4      A      I think it was Dr. Martinez or Dr. Moreno and

5  Ms. Shipp.  Both of them together was always working

6  against me, it felt like.

7      Q      And how so?

8      A      They kept saying, "No.  No.  No.  No.  You

9  can't be treated.  You got hepatitis C, but we're not

10  going to treat you."

11      Q      Do you know who develops the guidelines for

12  treatment of hepatitis C in the DOC?

13      A      I now know.

14      Q      Who would that be?

15      A      Dr. Amonette.

16      Q      You did not know that back then?

17      A      Well, I wrote him, and he wrote me back and

18  told me, "We can't deny you treatment until we do further

19  testing."  So that's when I wrote this, because they had

20  been telling me, "We" -- they didn't do any more testing,

21  and they wouldn't -- and so I wrote him, and he said,

22  "Well, we can't" -- "It was a gray area as to how far

23  along you was, so we've got to do more testing on you."

24              And that's why I responded right here on

25  page 2.  I said [as read] "BKCC medical personnel

Page 28

1   initially denied me access to the new HCV treatment

2   citing protocol denies me further treatment.  However,

3   after the filed complaint on 7/6/15, Dr. Amonette advised

4   me before a medical determination for HCV treatment can

5   be made, further testing is required.  There are two

6   separate hep C medical policies at work here.  Buckingham

7   medical personnel enjoin the cirrhosis test" --

8              Which is the blood work.  I looked that up

9   before I wrote it out.

10             -- "exclusion of policy to test the

11  progression and damage of the infectious" -- "2015" -- I

12  don't know what happens here -- "caused the organ.  And

13  BKCC policy puts at risk my health and ignores the

14  standard of care compatible to communities care."

15       Q    And you're reading from page --

16       A    1 and 2.

17       Q    Well, the portion you just read is from the

18  second page, which is the offender grievance response,

19  Level 1; is that correct?

20       A    Yes.

21       Q    Okay.  And that -- is that the response that

22  you received from the regular grievance?

23       A    Well, they had denied me treatment, so I

24  complained to Dr. Amonette about it, and then he

25  responded and said, "We can't" -- "We have to do further

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 19 of 40   Pageid#: 987

Page 29

1    testing before we can deny you treatment."  So I attached

2    that letter and filed this.

3          Q    You attached the letter that --

4          A    Dr. Amonette.

5          Q    -- that you sent to Dr. Amonette?

6          A    Uh-huh.  To this.  Is it on here?

7          Q    No, it's not.

8          A    I got it on here, see attachment.  "See letter

9    attached," right here.

10         Q    I see that.

11         A    And they was denying me treatment flat out,

12   just across the board, "No.  No.  You're not going to get

13   treated."  But he -- and they didn't test me neither.  So

14   I used his letter to show that, "You're saying one thing.

15   They're saying another.  What's going on?"

16         Q    And so in this response, the Level 1 response,

17   can you take a look at that and -- it's the second page.

18         A    Yes.  Okay.

19         Q    If you look at the --

20         A    "Based on the information provided and upon

21   further investigation, I concur with Level 1 response" --

22         Q    I'm sorry.  Back to Level 1.  I'm sorry.

23         A    Where are we at?  Right here?

24         Q    No.  Level 1.  I'm sorry.  That one right

25   there.

Page 30

1      A      Okay.  It's Moreno.  Okay.  I see it.  Yeah.

2      Q      So the response, the Level 1 response,

3   indicated that you were, in fact, being scheduled for a

4   FibroScan.

5      A      Let's see.  Oh, Dr. Moreno ordered the

6   FibroScan, right.  That's what's the attached letter.

7   The medical staff here denied me further testing and

8   treatment.  When I wrote him, he came back and ordered

9   the FibroScan before they could deny me any treatment.

10      Q      So Dr. Moreno was a physician here at

11   Buckingham?

12      A      At that time, yes.

13      Q      And so he did refer you for a FibroScan at

14   VCU?

15      A      Dr. Moreno -- Dr. Amonette referred me to --

16   well, he told Dr. Moreno to do it, yes.

17      Q      And were you told -- were you told that that

18   test would determine whether or not you get treatment or

19   not?

20      A      No.  They said that test would determine how

21   hard my liver was, something like that.

22      Q      Okay.  Do you know the difference between a

23   FibroScan and a FibroSure?

24      A      No.

25      Q      Okay.  So you appealed that to the Level 2 as

Page 31

1    well?

2         A    Well, I hadn't got the scan yet.  Let me see.

3    He did not provide -- let's see.  Wait a minute.  What

4    did they say?  Okay.  [As read] "Nurse Sargent spoke with

5    Moreno at the facility on 7/13.  He did not provide to

6    her that he would be referred to VCU Medical for a scan.

7    Upon the result of this test, a determination of your

8    eligible for treatment or not will be made."  Right.

9    Well, after I took the test, they said no again.  "You're

10   not going to be treated."

11        Q    So do you know when you had the -- that test?

12   When was that conducted, if you know?

13        A    No --

14        Q    It's okay if you don't know off the top of

15   your head?

16        A    -- I don't know the date.

17        Q    Sure.  You can just put that aside.

18             You said you weren't sure when you got the

19   FibroScan.  Would October, 2015, sound about right when

20   they sent you to VCU?

21        A    Okay.  That was in June.  That response was in

22   July. It was shortly afterwards.  Okay.  Doesn't sound

23   far off.

24        Q    And I'm sorry.  I asked you -- I think I asked

25   you if you knew what a FibroScan was.  Do you know what

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 22 of 40   Pageid#: 990

Page 32

1   that's looking at?

2         A     What the machine look like?

3         Q     Well, no.  What it's -- what the test is

4   trying to assess.

5         A     Oh, they was saying it was looking to see how

6   hard my liver was.

7         Q     And do you know what your -- what the

8   assessment of your liver was from that scan?

9         A     Honestly?  They gave me some papers and sent

10  me back to Buckingham, and I said -- and nobody really

11  told me what that meant.  They -- I had these little

12  pictures of something.  I don't even know what I was

13  looking at.

14        Q     Did you meet with a doctor to go over those

15  scores, or the test results?

16        A     Yeah.  He just told me, "You're not approved."

17  He didn't tell me what I was looking at.

18        Q     So do you recall specifically speaking with

19  Dr. Martinez about the --

20        A     I think I was talking to --

21        Q     Or was it Moreno?

22        A     They kept going back and forth on me so many

23  times, I don't even know --

24        Q     That's okay.

25        A     -- which one it was, but I remember getting --

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                                www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 23 of 40   Pageid#: 991

Page 39

1     advising you that you had been referred to -- for the

2     FibroScan at VCU?

3          A     Yes.

4          Q     And based on that letter from Dr. Amonette,

5     was it explained to you that whether you would be treated

6     would be based on that FibroScan and other blood work

7     done?

8          A     No.  It was just that letter right there.

9     When I came back from the FibroScan, or the results came

10    back, they just said, "You're not going to be treated."

11         Q     And you say "they."  Are you meaning --

12         A     The doctor.  Was it Martinez or Moreno?  I'm

13    not sure which one it was.

14         Q     Okay.

15         A     I think it was Martinez.

16         Q     And I think you testified that when you came

17    back, you met with a doctor to go over your score, or

18    excuse me, your FibroScan?

19         A     No.  What happened was, I sent for it from the

20    copy room, or from the medical copy, and I didn't

21    understand what I'm looking at.  So I asked somebody to

22    explain this to me, and that's when he sat there and said,

23    "Well, your numbers" -- he went over some numbers and said

24    that, "Your numbers are not high enough to be treated."

25    He didn't actually go over the FibroScan with me.

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com
Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 24 of 40   Pageid#: 992

Page 54

1    personnel including, but not limited to, Shipp" --

2    "Defendant Shipp and physicians at Buckingham

3    Correctional Center, and discussed treatment for his

4    infection and related medical conditions."

5            Other than the conversations we've already

6    discussed where you saw Dr. Martinez or Dr. Moreno or

7    Ms. Shipp, is there any other medical personnel that

8    you've talked to about your medical condition?

9        A    Dr. Amonette.  I mean, not physically talked

10   to him but communications.

11       Q    Written communication?

12       A    Uh-huh.  Dr. Amonette, yes.

13       Q    Okay.  Interrogatory Number 9, the question

14   is, "Describe with specificity the conduct of Defendant

15   Shipp that you contend violated your constitutional

16   rights with regard to your claims stated in the

17   complaint."

18           And the answer is, "Pamela Shipp, AKA Pamela

19   Sargent, is the Health Authority at BCC and thus is

20   responsible for facilitating treatment for Plaintiff."

21           What -- can you explain to me what you mean by

22   facilitating treatment for you, what her role is?

23       A    Well, Dr. Martinez told me that he could not

24   approve it; she was the only one that could approve it,

25   and he -- I had to go through her.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 25 of 40   Pageid#: 993

1     Q     Do you know, is Pamela Shipp a nurse?

2     A     No.  She's the head nurse.  I mean, she's the

3  Health Authority.

4     Q     So she's a registered nurse; is that correct?

5     A     Oh, I don't know.

6     Q     And I'm sorry.  You said Dr. Martinez --

7     A     Uh-huh.

8     Q     -- told you that she and Amonette had to

9  approve it; is that correct?

10     A     He just said her.  He wrote it in his medical

11  notes too.  He never called Amonette's name.

12     Q     I'm sorry.  I thought you testified that

13  Amonette could approve it.  But you do -- you did say

14  that she is the head nurse, so --

15     A     She tells me she's the Health Authority, so

16  she determines what happens here at Buckingham.

17     Q     And what is your understanding of the doctor's

18  role in treatment of inmates?

19     A     Every time I ask him, he says, "What did

20  Ms. Shipp do?  What did Ms. Shipp say?  What does she" --

21  "You've got to ask her."

22          I say, "You're the doctor.  I mean, what's

23  going on with that?"

24          And he says, "Well" -- he would approve it.

25  Dr. Martinez said, "I would approve it, but Ms. Shipp

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 26 of 40   Pageid#: 994

Page 56

1   won't allow me to do it."  He pretty much -- that's

2   exactly what he told me.

3        Q     Do you know when that happened?

4        A     Oh; I would have to go to the -- to the -- he

5   wrote a lot of stuff down.  When we have these

6   conversations, he'll write in the medical -- I don't know

7   if he wrote that in there, but I know he wrote that I

8   need -- that he referred me to the Health Authority.

9        Q     Okay.  In any of your conversations with

10  Ms. Shipp, did she explain to you that the doctor is the

11  one that determines whether your APRI scores meet the

12  criteria for treatment?

13       A     No.  She always said, "Your scores was this or

14  that, and you're not eligible for treatment," and as I

15  went -- as I said earlier, I went back and forth with her

16  over that, "What do you mean?  What do you mean?"  That's

17  when she took me to Dr. Moreno, and then he said it too,

18  like that -- I didn't understand what neither one of them

19  was saying, but they both wrote it in the medical report.

20       Q     Okay.  Do you know who Cookie Scott is?

21       A     Yes.

22       Q     Who is she?

23       A     She's the Deputy Director of Administration.

24       Q     And what is her role in your medical care here

25  at Buckingham?

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 27 of 40   Pageid#: 995

Page 61

1      A      Yes.

2      Q      How did you know that?

3      A      Dr. Martinez told me.

4      Q      Okay.  I'm sorry.  I'm trying to find my

5  other -- it also indicates that "Dr. Amonette has relied,

6  in part, on the cost of treating hepatitis C in

7  developing the guidelines for treatment of hepatitis C,

8  which he, alone, uses to control who can receive

9  treatment for hepatitis C."

10          So what information or facts do you have that

11  support the statement that Amonette used cost as a way --

12  or in developing these guidelines, or relied on cost in

13  developing these guidelines?

14      A      The only time cost came up to me was Ms. Shipp

15  told me that I could not -- she told me how much it cost

16  and told me that that was an issue, you know, that was a

17  factor.  So I said, "Well, let me pay for it."

18          And she chuckled it off and said, "You

19  couldn't afford it."

20      Q      Well, did she tell you what the cost was?

21      A      Yeah.  She said it was around $90,000 for

22  treatment.

23      Q      And when did -- do you know when she told you

24  this?

25      A      Early on she told me.  When the -- right

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 28 of 40   Pageid#: 996

1       A       That is the nonprofit.

2       Q       So Virginia CURE is a nonprofit, and the

3    publication is Virginia CURE.  Okay.

4       A       Uh-huh.  And I also saw the Deputy Director on

5    TV saying that because of the money -- he was going to

6    ask the General Assembly for more money because they

7    couldn't afford to treat the people, and that was on the

8    news.  That was on Channel 12 news around noon.  This was

9    just before -- you know, this was Harold Clarke.  He was

10   on TV.

11      Q       And this is back in 2014-2015?

12      A       Uh-huh.

13      Q       And you said it was Director Clarke?

14      A       Yes.  He was talking about the cost of the

15   medication and how they couldn't -- they didn't have all

16   the money.

17      Q       And did you say he was asking for additional

18   funds for that?

19      A       He said he was going to the General Assembly

20   or somewhere over that way to ask for the money because

21   these guys had a right to be treated.  Those were his

22   exact words.  By law, they had to treat us, but -- but

23   that's the only time I seen the word "cost" being used.

24              (Deposition Exhibit 107 marked.)

25   BY MS. MULDOWNEY:

1      Q      And Warden Booker is not a doctor; is that

2    correct?

3      A      No, that I know of.

4      Q      And does he have any say in your medical

5    treatment here at Buckingham Correctional Center?

6      A      Well, when I filed a grievance -- after I

7    filed the kite, informal complaint, medical answer to the

8    informal complaint, I filed a grievance, and it went to

9    him, Booker, and he came back and said, "Your grievance

10    was unfounded."

11      Q      And that had to do with whether or not -- the

12    response from Ms. Shipp with regard to parole

13    eligibility --

14      A      Correct.

15      Q      -- the grievance with respect to that,

16    correct?

17      A      And policy.  It was saying something about the

18    policy.  The policy prohibited me from receiving

19    treatment.

20      Q      And during that time, around the time of

21    these -- of that complaint and grievance, had you been

22    told by Ms. Shipp and Dr. Martinez or Moreno that your

23    APRI scores did not meet the criteria for treatment?

24      A      Yeah.  They had always been saying that, you

25    know, in various different conversations, yeah.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 30 of 40   Pageid#: 998

1    were born in June of 1956?

2        A    Yes.

3        Q    And where were you born?

4        A    Lynchburg, Virginia.

5        Q    And what was the grade -- the highest grade

6    you completed in school?

7        A    Tenth.

8        Q    Which school did you go to?

9        A    E. C. Glass.

10        Q    I was asking because I grew up in Lynchburg

11    and I was curious.

12            And then from E. C. Glass, is that when you

13    went on to Woodrow Wilson Center?

14        A    Yeah, I believe so.  Uh-huh.

15        Q    And where is the Woodrow -- or where was the

16    Woodrow --

17        A    In Fishersville, Virginia.

18        Q    Where do your sisters and your daughter live?

19        A    In Lynchburg.  My daughter lives in Madison

20    Heights, but my sisters live in Lynchburg.

21        Q    Do your sisters or your daughter have any

22    medical training that you know of?

23        A    No.

24        Q    They're not nurses --

25        A    No.

Page 70

1    hepatitis C?

2         A     Here.  I was here when I was told that.

3         Q     Do you recall what year?

4         A     2013, maybe, 2012, somewhere back there, when

5    I was told that.

6         Q     Okay.  And then you also talked about a time

7    when you were in trade school and you had an illness?

8         A     Yes.

9         Q     And you said you were afraid to see a doctor

10   when you had that illness.  Can you help me understand

11   why that was?

12        A     Well, we was at a -- I was at a coed facility,

13   young, very young, and I had a high-risk lifestyle, you

14   know, drinking, drugging, and so I got sick, and I didn't

15   know what it was, and so, you know, I was a child.  I

16   just stayed to myself thinking it would just -- you know,

17   it will pass.  And I kept getting sicker and sicker, and

18   I started to the infirmary, but I was scared, and so I

19   went back to my room and stayed in my room.

20        Q     Scared of --

21        A     I had a little room.

22        Q     Scared of what you would find out if you went

23   to the doctor?

24        A     I was just scared generally.  I didn't know --

25   you know, I was just -- I was just scared.

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 32 of 40   Pageid#: 1000

Page 72

1    the next time that you had symptoms that you now

2    attribute to hepatitis C?

3         A     I had been -- I was passing out.  I was here,

4    and I'm running around the field, and all of a sudden I

5    just black out, and I wake up in medical.  "What's wrong

6    with you?"

7              "I don't know.  I don't even know what's going

8    on with me."

9              And so I had toenail fungus, and so

10   Dr. Martinez gave me some medication for it.  He tested

11   my liver, but he didn't tell me anything.  And so I went

12   on taking these pills, and so Dr. Harrison, she came

13   after Martinez left, and she said, "I can't" -- "You

14   can't take these pills.  They could kill you."

15             So I'm saying, "What's going on with that?"

16   So I'm thinking she's just trying to take the medicine,

17   so I'm arguing with her about that.

18             And she said, "No.  You got hepatitis C" --

19   no.  She said, "You got hepatitis, and we don't know what

20   kind it is."  And so she said, "I've got to test you."

21   And then when it came back, she said, "You have

22   hepatitis C.  I've got to give you the treatment."

23        Q     And that was in 2013?

24        A     Correct.

25        Q     Okay.  When was it that you passed out?

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 33 of 40   Pageid#: 1001

Page 73

1      A      I passed out about three different times.

2      Q      When was the first time?

3      A      This is '18.  I passed out about 2004, I think

4  I passed out.  I passed out again two-thousand, maybe

5  ten.  And I passed out again 2012, somewhere in there.

6      Q      And has anyone ever told you that those

7  instances of passing out in 2004, 2010, and 2012 are

8  attributable to hepatitis?

9      A      They just told me they don't know what's wrong

10  with me.

11      Q      You mentioned some other symptoms that you

12  attribute to hepatitis, and I think you mentioned joint

13  pain, exhaustion, pains in your lower stomach, and

14  dizziness.

15      A      Yeah.

16      Q      Have any of the healthcare providers that

17  you've seen in the past 30 years told you that these

18  specific symptoms are attributable to hepatitis, or is

19  that your understanding?

20      A      One nurse told me it was.

21      Q      Which nurse?

22      A      Her name was Amy Williams.  She told me that.

23      Q      And was that here at --

24      A      Here.

25      Q      -- BCC?

Page 74

1          Do you know how to spell "Wims"?  Is it --

2     A    W-i-l-l-i-a-m-s, Williams.

3     Q    Williams.

4     A    Yeah.  What did I say?  Did I say it funny?

5     Q    I just heard you wrong.

6          Do you recall when about it was that she told

7     you that?

8     A    I had filed a complaint about these problems

9     that you just described, and she filled out this form and

10    told -- when she was filling this form out for a

11    referral, she told me this was related to my hepatitis C.

12    Q    Do you know what year that would have been?

13    In the past three years?  Five years?

14    A    It's in the file.  This is '18?  This was

15    in '15, '16, somewhere in there.

16    Q    How long have you had joint pain?

17    A    I had them during the -- before I was taking

18    the interferon, and then it just has been continuing.

19    Q    How many -- so you took the interferon

20    in 2013-2014, right?

21    A    Uh-huh.

22    Q    How long before 2013 did you have joint pain?

23    A    I believe about a year.  I believe about a

24    year.

25    Q    What about exhaustion?  How long have you had

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 35 of 40   Pageid#: 1003

Page 75

1    that?

2          A      It's been coming.  It's been gradual, and it's

3    getting worser.  That has been coming.  So I'm thinking

4    I'm just getting old, but there's more to it than that,

5    I'm sure.

6          Q      And I understand it can be kind of hard to put

7    a point on it, but to the best of your ability to do so,

8    can you remember a time frame when you started noticing

9    that more than you had?

10         A      Yeah.  I started having it around '12.  I

11   started --

12         Q      2012?

13         A      -- getting more dizzier and more tireder than

14   I normally -- had been normally experiencing.

15         Q      What about the pains in your lower stomach?

16   When did they start?

17         A      They come and go.  It varies.

18         Q      Do you --

19         A      Sometimes it's there and sometimes it's not.

20         Q      Do you remember the first time you noticed

21   that?

22         A      It started happening around late '15.

23         Q      Okay.  And you haven't passed out since 2012;

24   is that right?

25         A      No.  I passed out -- it was -- I think '14,

1    maybe, I passed out.  And I also -- I had this attack.  I

2    had this -- I'm now told it was called vertigo.  The

3    whole room started spinning, and I just didn't know what

4    was happening.  And Dr. Moreno said it was part of the

5    hepatitis C also.

6         Q     And did --

7         A     So I checked into medical.  I stayed over

8    there a couple of days until I calmed down some.

9         Q     When was that?

10        A     That was in '15.

11        Q     Okay.  You were trained as a welder?

12        A     Yes.

13        Q     Have you worked in prison as a welder too?

14        A     Yes.

15        Q     Could you kind of tell me what you've done

16   occupationally when you've had -- in the time that you've

17   been in prison?  Walk me through that.

18        A     Well, I worked for the School Authority, and I

19   taught welding.  I was a teacher's aide.  Some guys come

20   in, and I just basically show them how to weld.

21        Q     For how long did you do that?

22        A     Two years.

23        Q     And when was that?  When you first got here,

24   or more recently?

25        A     No.  That was -- that was 2000 -- let me see.

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 37 of 40   Pageid#: 1005

Page 77

1    That was about eight years ago I did that, seven -- six

2    to eight years ago.

3         Q     And you said you thought you did that for a

4    couple of years?

5         A     Uh-huh.  Until the instructor retired.

6         Q     What have you done in the interim, in the most

7    recent six to eight years?  Have you -- do you have a --

8         A     I take pictures.

9         Q     What kind of pictures do you take?

10        A     I'm the -- don't laugh.  I'm the Buckingham

11   photographer.  I take everybody's pictures.

12        Q     And can you help me understand, as someone who

13   doesn't understand anything about how this works, how you

14   got into that job?

15        A     How I got the job?

16        Q     (Nodding head.)

17        A     I would -- I asked for the job, and they gave

18   it to me.  So I take pictures in the visiting room four

19   hours on Saturdays and Sundays.  I sit down, get up, take

20   a picture.  That's about it.  And then on the weekend, on

21   Sundays, I take pictures for the population for about an

22   hour.

23        Q     Do you feel like there are things that you

24   used to be able to do that you can't do now because of

25   hepatitis C?

(fax) (434) 975-5400     Cavalier Reporting & Videography     (direct) (434) 293-3300
production@cavalier-reporting.com                            www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 38 of 40   Pageid#: 1006

1      A      Because of my energy, I -- yeah, there's a lot

2  of things I can't do.

3      Q      Like what?

4      A      I used to love running.  I can't run anymore.

5  I can't lift weights because I get dizzy and tired quick.

6  The last time I ran, I fell out.  I passed out.  That's

7  where I was.  They came and got me off the field.  So let

8  me back that up.  I was trying to run, and I got dizzy,

9  and I fell out.  That was the last time I ran, really.  I

10  just don't have the energy to do a lot of things, so ...

11      Q      What else besides running and lifting weights?

12      A      Well, I go to work, and I get tired real

13  quick, so I have to stop and go lay down and sleep for a

14  little while, and I come back, or I might go to sleep

15  wherever I'm at for a little while.  I don't do any hard

16  work, so -- I don't think I can, so ...

17      Q      I think you --

18      A      I take medication for my joint pains.

19      Q      What medication do you take?

20      A      Pain pills.

21      Q      Does it help?

22      A      Yeah.  I've been taking them for a while.

23              And I have -- oh, I have these sudden

24  breakouts, skin -- all on my skin.  I don't know where

25  they come from.  They just pop up, and there they go.  So

(fax) (434) 975-5400      Cavalier Reporting & Videography      (direct) (434) 293-3300
production@cavalier-reporting.com                              www.cavalier-reporting.com

Case 7:16-cv-00547-NKM-RSB   Document 91-1   Filed 06/07/18   Page 39 of 40   Pageid#:
1007

Page 79

1    I take -- I put these hormone creams on there, and

2    they're very painful.  They'll go away.

3        Q    Has anyone ever told you that that breakout is

4    from hepatitis?

5        A    I asked him, "Where is it coming from?"

6             "We don't know."  And they just give me these

7    creams.  But I'm constantly getting them.  I'm on them

8    now, and the pain medication.

9        Q    Okay.  How long have you been getting the

10   rashes, or when was the first time you got one?

11       A    I've been getting them, honestly, around --

12   about '15 they started breaking out on me.

13       Q    2015?

14       A    Yeah.  My whole side is covered with bruises

15   and -- and -- from those rashes.

16       Q    I think this is where I do the jumping around

17   a little bit.  I think you said you heard in 2014 that

18   you had cirrhosis; is that right?

19       A    The blood work came back and said that I had

20   it.

21       Q    Has anyone ever told you since 2014 that you

22   have cirrhosis?

23       A    Since then?

24       Q    Right.

25       A    No.  It goes away?  Does cirrhosis go away?