IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELMO AUGUSTUS REID, *Plaintiff,* <br> v. <br> HAROLD CLARKE, *ET AL.*, *Defendants.* | CIVIL ACTION NO. 7:16-cv-00547 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, Defendants' motion for summary judgment (dkt. 81) is **DENIED**, and Plaintiff's motion to exclude defense experts (dkt. 76) is **DENIED**.

Entered this  30th  day of July, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE