IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **ELMO AUGUSTUS REID,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 7:16-cv-00547 |
| ) | |
| **MARK AMONETTE,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that all Defendants in this matter shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction of this matter for the sole purpose of enforcing the settlement agreement dated August 7, 2018. Any party may petition the Court to enforce the settlement agreement.

Date: August 17, 2018.

                                                 **MARK AMONETTE, MD**
                                                 **BERNARD BOOKER**
                                                 **PAMELA SHIPP**
                                                 **STEVE HERRICK**

                                                 /s/ Elizabeth M. Muldowney
                                                 Edward J. McNelis, III, (VSB#34004)
                                                 emcnelis@sandsanderson.com
                                                 Elizabeth M. Muldowney (VSB #46387)
                                                 emuldowney@sandsanderson.com
                                                 Sands Anderson, PC
                                                 1111 East Main Street
                                                 Post Office Box 1998
                                                 Richmond, VA 23218-1998
                                                 (804) 648-1636 (Telephone)

(804) 783-7291 (Facsimile)

*Counsel for Defendants*


**ELMO A. REID**

/s/ John P. Fishwick, Jr.
John P. Fishwick, Jr. (VSB #23285)
john.fishwick@fishwickandassociates.com
Monica L. Mroz (VSB #65766)
monica.mroz@fishwickansassociates.com
Laura Wagner (VSB #31515)
laura.wagner@fishwickandassociates.com
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, VA 24011
(540) 345-5890 (Telephone)

George Rutherglen (VSB # 18938)
grutherglen@law.virginia.edu
University of Virginia, School of Law
580 Massie Road
Charlottesville, Virginia 22903-1789
(434) 924 7015 (Telephone)
(424) 924 7536 (Facsimile)

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of the Court under the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    /s/ Elizabeth M. Muldowney
Edward J. McNelis, III, (VSB#34004)
emcnelis@sandsanderson.com
Elizabeth M. Muldowney (VSB #46387)
emuldowney@sandsanderson.com
Sands Anderson, PC
1111 East Main Street
Post Office Box 1998
Richmond, VA   23218-1998
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)

*Counsel for Defendants*